# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:13-cr-00162-1 |
| | ) | Judge Trauger |
| [1] WENDY ASKINS | ) | |

## ORDER

Attached to this Order is a letter received by the court from Laura Militana, a reporter for the Herald-Citizen newspaper in Cookeville, Tennessee concerning this case. The court will convene a telephone conversation with counsel for the parties on Friday, September 18, 2015 at 1:00 p.m. in order to discuss this request to unseal.

It is so **ORDERED**.

ENTER this 16th day of September 2015.

_____
ALETA A. TRAUGER
U.S. District Judge