UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Civil No. 3:13-cr-00162 |
| ) | Judge Aleta A. Trauger |
| WENDY ASKINS ) | |

### ORDER

This matter comes before the court on a Motion to Dismiss Indictment and Disqualify Counsel filed by the defendant, Wendy Askins (Docket No. 150), to which the United States has filed a Response (Docket No. 156). For the reasons discussed in the accompanying memorandum, the motion is **DENIED**.

It is so **ORDERED**.

Enter this 28th day of July 2016.

_____
ALETA A. TRAUGER
United States District Judge

1